

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00215-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., L.L.P**. d/b/a
Methodist Children's Hospital of South Texas, Robert Gonzalez, and Rodney Sheffield,
Appellants

v.

Emily **BELDEN**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18164
Honorable David A. Canales, Judge Presiding

# O R D E R

In this accelerated appeal, Appellee's brief was due to be filed with this court on July 8, 2014. *See* TEX. R. APP. P. 38.6(b). On July 14, 2014, Appellee filed her motion for a thirty-day extension of time to file her brief. *See id.* R. 10.5(b).

Appellee's motion is GRANTED IN PART. Appellee must file her brief with this court by July 28, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court